OPINION — AG — AS TO SALARIES DUE UNDER SAID 1949 UNIFORM COUNTY SALARY ACT AS AMENDED, IS SUBJECT TO THE TERMS AND CONDITIONS SET FORTH IN 19 O.S.H. 179.12(B) AND THE OPINION EXPRESSED AS TO SALARIES DUE UNDER SAID 1957 ACT IS SUBJECT ONLY TO SAID TERMS AND CONDITIONS BUT TO THE TERMS AND CONDITIONS SET FORTH IN 19 O.S.H. 180.42(I) CITE: OPINION NO. JULY 28, 1958 — JENNER, ARTICLE X, SECTION 23 (FRED HANSEN)